FILED

05/14/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0101

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0101

TOMAS C. WEINER, M.D.,

      Plaintiff and Appellant,

v.

ST. PETER'S HEALTH, a Montana
Domestic Nonprofit Corporation, d/b/a
St. Peter's Hospital, WADE JOHNSON,
JAMES TRAVER, M.D., KERRY HALE,
M.D., SHELLY HARKINS, M.D., TODD
WAMPLER, M.D., RANDY SASICH, M.D.,
and JOHN DOES 1-5,

      Defendants and Appellees.

## ORDER

Upon consideration of Appellees' motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellees are granted an extension of time to and including June 26, 2024, within which to prepare, file, and serve their response brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 14 2024